```
McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00050 LJO |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION FOR |
| ) | DISMISSAL OF INDICTMENT, AND |
| v. ) | ORDER THEREON. |
| ) | |
| SANTIAGO JIMENEZ-NUNEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against only the above-named defendant in the interest of justice.

DATED: April 9, 2008                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By/s/Dawrence W. Rice, Jr.
                                           DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney

///

///

///

///

1

**ORDER**

The Indictment in 1:07-cr-00050 LJO against only the above-named defendant is dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   April 9, 2008**                                   /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

2