1

2

3  Mark W. King, SBN 242197
   2100 Tulare Street, Suite 503
   Fresno, California  93721-2111
4  Tel:  (559) 237-8880
   Fax: (559) 237-8882
5

6  Attorney for Defendant Santiago Jimenez-Nunez

7
                    IN THE UNITED STATES COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES,                          | Case No.: 1: 07-cr-50  LJO

11          Plaintiff,
                                            | **ORDER ON EX PARTE REQUEST**
12      vs.
                                            | **FOR RETURN OF PROPERTY**
13  JIMENEZ-NUNEZ, et al.

14          Defendants

15
          In light of the fact that the United States dismissed all charges against Defendant
16
   Santiago Jimenez-Nunez on Friday, April 4, 2008, the court orders the clerk of the court
17
   to return to Santiago Jimenez-Nunez his passport and any other personal property
   belonging to Santiago Jimenez-Nunez that has been held by the clerk.
18

19
   IT IS SO ORDERED.
20

21  **Dated:    April 9, 2008**              _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                      ORDER FOR RETURN OF PROPERTY